UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELTON ADAM ROBICHAUX, ET AL.**     **CIVIL ACTION NO. 22-CV-610**

**VERSUS**     **JUDGE DARREL JAMES PAPILLION**

**HUNTINGTON INGALLS INC.**     **MAGISTRATE JUDGE MICHAEL NORTH**

## JUDGMENT

Based on the foregoing Order and Reasons,

**IT IS ORDERED** that IMO's Motion for Summary Judgment (Record Document 239), GE's Motion for Summary Judgment (Record Document 240), Viacom's Motion for Summary Judgment (Record Document 242), and Union Carbide's Motion for Summary Judgment (Record Document 231) are **GRANTED**. All claims against these defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Zurich's Motion for Summary Judgment (Record Document 223) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 5th day of July, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**